UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| CHIN KING WONG, an individual; ROBITAH MOHD-KHATIB, an individual;<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A., a business entity; US BANK, N.A., a business entity; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO.: 2:18-CV-02811-TLN-CKD<br><br>[The Hon. Troy L. Nunley]<br><br>**ORDER SETTING PRE-TRIAL DATES** |

Having considered the Joint Notice of Trial Readiness and good cause appearing, the Court sets the following dates and deadlines in the above-entitled action:

- Deadline to complete fact discovery: **June 30, 2022**

- Last day to disclose experts and exchange expert reports: **August 30, 2022**

- Last day to disclose rebuttal experts and to exchange reports: **September 30, 2022**

- Deadline to complete expert discovery: **November 30, 2022**

- Deadline to file dispositive motions: **December 30, 2022**

The parties are ordered to file a Joint Notice of Trial Readiness not later than thirty (30) days after receiving this Court's ruling(s) on the last filed dispositive motion(s).

**IT IS SO ORDERED.**

Dated:  March 30, 2022

Troy L. Nunley
United States District Judge