Sarah Shapero (Bar No. 281748)
SHAPERO LAW FIRM, PC
100 Pine Street, Ste. 530
San Francisco, CA 94111
Telephone:   (415) 293-7995
Facsimile:    (415) 358-4116

Attorneys for Plaintiffs,
CHIN KING WONG
ROBITAH MOHD-KHATIB

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| CHIN KING WONG, an individual; ROBITAH MOHD-KHATIB, an individual, <br><br>Plaintiffs, <br><br>v. <br><br>WELLS FARGO BANK, N.A., a business entity; U.S. BANK, N.A., a business entity; and DOES 1-50, inclusive, <br><br>Defendants. | CASE NO.:  2:18-CV-02811-TLN-CKD <br><br>[The Honorable Troy L. Nunley] <br><br>**JOINT STIPULATION TO EXTEND DEADLINE FOR THE FILING OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND DEFENDANTS' REPLY THERETO; ORDER** |

This Stipulation is entered into by and between the following parties, through their respective counsel of record: (1) Plaintiffs Chin King Wong and Robitah Mohd-Khatib (jointly, "Plaintiffs"); (2) Defendant Wells Fargo Bank, N.A. ("Wells Fargo Bank"); and (3) Defendant U.S. BANK, N.A. ("US Bank"), (collectively referred to as "Defendants").

**I.    BACKGROUND**

The circumstances giving rise to this Stipulation are as follows:

1. On December 20, 2022, Defendants filed a Motion for Summary Judgment ("MSJ"). (ECF No. 22). The hearing on the MSJ is scheduled for March 9, 2023 at 2:00pm.

1
**JOINT STIPULATION TO EXTEND DEADLINE FOR THE FILING OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND DEFENDANTS' REPLY THERETO; ORDER**

2. Pursuant to the March 9, 2023's hearing date, Plaintiffs' Opposition to the MSJ is due by January 3, 2023 and Replies are due by January 13, 2023.

3. Good cause exists to extend the deadline for Plaintiffs' Opposition to the MSJ and, relatedly, the deadline for Defendants' Replies thereto.

4. Given the timing of this filing, counsel for Plaintiff would need to spend her entire holiday break opposing this Motion for Summary Judgment.

5. Given the length of the MSJ and detailed supporting documents, a significant time commitment is required for Plaintiffs to adequately oppose the MSJ.

6. In order for Plaintiffs' counsel to take their holiday, Plaintiffs have requested and Defendants have agreed to a very brief extension of time for the filing of the Opposition, from January 3, 2023, to January 17, 2023, and a corresponding extension of time for the filing of Defendants' Replies, from January 13, 2023 to January 27, 2022.

7. The length of the requested extension, two weeks, is reasonable and appropriate under the circumstances.

8. There is no prejudice to any party due to a continuance. Rather, all parties stipulate to the requested extension.

## II.  STIPULATION

Accordingly, Plaintiffs and Defendants stipulate as follows:

1. That the deadline for the filing and service of Plaintiffs' Opposition to Defendants' MSJ shall be extended from January 3, 2023 to January 17, 2023.

2. That the deadline for the filing and service of Defendants' Replies to Plaintiffs' Opposition to Defendants' MSJ shall be extended from January 13, 2023 to January 27, 2023.

3. That the March 9, 2023 hearing date for the MSJ shall remain on calendar.

**IT IS SO STIPULATED.**

2
**JOINT STIPULATION TO EXTEND DEADLINE FOR THE FILING OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND DEFENDANTS' REPLY THERETO; ORDER**

DATED: December 22, 2022    SHAPERO LAW FIRM, PC

   */s/ Sarah Shapero*
   _____
   SARAH SHAPERO
   STEPHANIE WARDEN
   Attorneys for Plaintiffs

   Respectfully submitted,

Dated:  December 22, 2022    LAGERLOF, LLP

   */s/ Michael Rapkine*
   Michael Rapkine
   Attorneys for Defendants
   WELLS FARGO BANK, N.A. and
   U.S. BANK, N.A. (the "bank defendants")

**JOINT STIPULATION TO EXTEND DEADLINE FOR THE FILING OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND DEFENDANTS' REPLY THERETO; ORDER**

**ORDER**

The Court has reviewed the foregoing Joint Stipulation submitted by Plaintiffs and Defendants:

IT IS HEREBY ORDERED THAT:

1. The deadline for the filing and service of Plaintiffs' Opposition to Defendants' MSJ shall be extended from January 3, 2023 to January 17, 2023.

2. That the deadline for the filing and service of Defendants' Replies to Plaintiffs' Opposition to Defendants' MSJ shall be extended from January 13, 2023 to January 27, 2023.

3. That the March 9, 2023 hearing date for the MSJ shall remain on calendar.

**IT IS SO ORDERED.**

Dated: December 28, 2022

_____
Troy L. Nunley
United States District Judge