# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**CHIN KING WONG, ET AL.,**

CASE NO: **2:18–CV–02811–TLN–CKD**

v.

**WELLS FARGO BANK N.A., ET AL.,**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

   **THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 09/29/23**

**Keith Holland**
Clerk of Court

ENTERED:  **September 29, 2023**

by: /s/ V. Licea Chavez
Deputy Clerk